**BOWLES v. MUNDAY**

[333 N.C. 788 (1993)]

BARRY BOWLES, INDIVIDUALLY AND IN HIS CAPACITY AS GUARDIAN AD LITEM FOR BRANDY RENAE BOWLES, A MINOR v. BOB E. MUNDAY

No. 327PA92

(Filed 4 June 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished opinion by the Court of Appeals, affirming the judgment entered 31 August 1990 and an order entered 26 October 1990 by Currin, J., in Superior Court, Alexander County. Heard in the Supreme Court 11 May 1993.

*Edward Jennings for plaintiff-appellant.*

*Patrick, Harper & Dixon, by Gary F. Young, for unnamed defendant-appellee Nationwide Mutual Insurance Company.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice Parker did not participate in the consideration or decision of this case.